# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# GREENVILLE DIVISION

**LENZY LOUIS HODGIN**                                    **PETITIONER**

**v.**                                                No. 4:13CV17-MPM-SAA

**PRESTON GOFF, JR., ET AL.**                                **RESPONDENTS**

## ORDER DISMISSING PETITIONER'S MOTION [29]
## FOR BOND AS MOOT

This matter comes before the court on the motion [29] by Lenzy Louis Hodgin for bond durin the pendency of the instant petition for a writ of *habeas corpus*. As the court has now denied the petition, the instant motion [29] is **DISMISSED** as moot.

**SO ORDERED**, this, the 24th day of October, 2014.

                                                   **/s/ MICHAEL P. MILLS**
                                                   **UNITED STATES DISTRICT JUDGE**
                                                   **NORTHERN DISTRICT OF MISSISSIPPI**