IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**LENZY LOUIS HODGIN**     **PETITIONER**

**v.**     **No. 4:13CV17-MPM-SAA**

**PRESTON GOFF, JR., ET AL.**     **RESPONDENTS**

**FINAL JUDGMENT**

In accordance with the memorandum opinion issued today in this cause, the State's motion to dismiss instant petition for a writ of *habeas corpus* is **GRANTED**, and the petition is **DISMISSED** as untimely filed.

**SO ORDERED**, this, the 24th day of October, 2014.

/s/ MICHAEL P. MILLS
**UNITED STATES DISTRICT JUDGE**
**NORTHERN DISTRICT OF MISSISSIPPI**