# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# GREENVILLE DIVISION

**LENZY LOUIS HODGIN**                                                                   **PETITIONER**

**v.**                                                                   **No. 4:13CV17-MPM-SAA**

**PRESTON GOFF, JR., ET AL.**                                               **RESPONDENTS**

## CERTIFICATE OF APPEALABILITY

A notice of appeal has been filed in the above captioned case from either the final order in a *habeas corpus* proceeding in which the detention complained of arises out of process issued by a state court under 28 U.S.C. § 2254 or the final order in a proceeding under 28 U.S.C. § 2255. The court, considering the record in the case and the requirements of Fed. R. Civ. P. 22(b) and 28 U.S.C. § 2253(c), finds that:

### PART A

☐    The applicant has made a substantial showing of the denial of a constitutional right.

**SPECIFIC ISSUE(S):**

☒    **A certificate of appealability should not issue.**

**REASONS FOR DENIAL:**

For the reasons stated in the opinion, the court finds that the Petitioner has failed to "demonstrate that the issues are debatable among jurists of reason; that a court could resolve issues in a different manner; or that the questions are adequate to deserve encouragement to proceed further." *Barefoot v. Estelle*, 463 U.S. 880, 893 n.4, 103 S.Ct. 3383, 3394 n.4, 77 L.Ed.2d 1090 (1993) (superceded by statute) (citations and quotations omitted); 28 U.S.C. § 2253(1) and (2). Specifically, the court finds, for the reasons set forth in its, memorandum opinion and final judgment, that the instant petition for a writ of *habeas corpus* should be dismissed as untimely

filed.

       **PART B (if applicable)**

☐    The party appealing is entitled to proceed *in forma pauperis*.

☒    **The party appealing is not entitled to proceed *in forma pauperis*.**

**REASONS FOR DENIAL**:

     The Court finds that the Petitioner's appeal is not taken in good faith because it is frivolous and has no possibility of success. *See* Fed. R. App. P. 24.

     **SO ORDERED**, this, the 24th day of October, 2014.

                                         **/s/ MICHAEL P. MILLS**
                                         **UNITED STATES DISTRICT JUDGE**
                                       **NORTHERN DISTRICT OF MISSISSIPPI**